**Eric S. Fish**
California Bar No. 280992
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Eric_Fish@fd.org

Attorneys for Mr. Irias-Ladines

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE BERNARD G. SKOMAL)

| | |
|---|---|
| **United States of America,** | Case No: 18mj-2080-BGS |
| | Date: May 17, 2018 |
| Plaintiff, | Time: 2:00 p.m. |
| vs. | |
| | **Notice of Motion and Motion to:** |
| **Alex Irias-Ladines,** | |
| | **(1)** Dismiss the Complaint for Selective Prosecution |
| Defendant. | |

**To:** **Adam L. Braverman,** Interim United States Attorney; and
**Davis M. Loop,** Assistant United States Attorney:

**Please take notice** that on May 17, 2018, at 2:00 p.m.., Mr. Irias-Ladines will ask this Court to enter an order granting the following motion:

## Motion

The defendant, Alex Irias-Ladines, by and through her attorneys, Eric S. Fish and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court to grant the following motions:

**(1)** Dismiss the Complaint for Selective Prosecution

Respectfully submitted,

Dated: May 8, 2018  */s/ Eric S. Fish*
**Eric S. Fish**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Irias-Ladines

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America,**  )<br>     )<br>   Plaintiff,  )<br>     )<br> **v.**  )<br>     )<br> **Alex Irias-Ladines,**  )<br>     )<br>   Defendant.  )<br> _____  ) | Case No.   **18mj-2085-BGS**<br><br>**Certificate of Service** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been electronically served this day upon:

**Davis M. Loop**
United States Attorney's Office

Dated:  May 8, 2018           *s/ Eric S. Fish*
                              **Eric S. Fish**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Ms. Irias-Ladines