**Eric S. Fish**
California State Bar No. 280992
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, California 92101
619.234.8467

Attorneys for Mr. Irias-Ladines

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     v.<br><br>Alex Irias-Ladines,<br><br>             Defendant. | Case No. 18-MJ-2080-BGS<br><br>**Notice of Motion and Motion for Bail Redetermination** |

   Please take notice that, as soon as counsel may be heard, the defendant, Mr. Irias-Ladines, through his counsel, Eric S. Fish, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order modifying his bond. The motion will be based on the attached Memorandum of Points and Authorities and any material that may come to this Court's attention.

| | |
|---|---|
| May 10, 2018 | Respectfully submitted,<br><br>*s/ Eric S. Fish*<br>Eric S. Fish<br>Federal Defenders of San Diego, Inc.<br>Attorneys for Mr. Irias-Ladines |