# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  18 MJ 2080-BGS/CAB |
| vs | ) | ABSTRACT OF ORDER |
| Alex Irias-Ladines | ) | Booking No. 68817298 |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of __May 17, 2018__ the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__X__ Defendant released on $ __O/R__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Cathy Ann Bencivengo
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Received _____ DUSM

OR

JOHN MORRILL   Clerk
by
Deputy Clerk   B. Borja

Crim-9   (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

(x6417)

**CLERK'S COPY**